LAW OFFICE OF
## GERARD P. UEHLINGER, P.C.
SUITE 1210
28 WEST ALLEGHENY AVENUE
TOWSON, MARYLAND 21204-3919
e-mail: uehlinger.law@verizon.net

TELEPHONE
(410) 821-0025

FACSIMILE
(410) 821-0046

May 4, 2015

Gregory C. Lasek
c/o Charles J. Lasek
2101 Harford Road
Fallston, Maryland 21047

RE: Sharon L. Snyder, et al. v. Lasek
Case No.: 0804 14010 2009

Dear Mr. Lasek:

As you may be aware, undersigned counsel has represented Margaret Condon and Sharon Snyder in the above-referenced case against you. On November 13, 2009, judgment was awarded against you for $4,717.67 judgment principal, plus $1,000.75 pre-judgment interest, and $20.00 costs, for a total of $5,738.42.

Since that time, the judgment has accumulated $3,136.47 interest through May 1, 2015. So you now owe Plaintiffs $8,874.89 as of May 1, 2015, with $1.57 interest accumulating daily.

Please make arrangements with undersigned counsel in the next ten (10) days to pay this debt, or else I have been authorized to take additional legal action which could prove ever more costly to you.

Very truly yours,

Gerard P. Uehlinger

GPU/tbs

cc: Sharon Snyder

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**